UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA           :           MAGISTRATE NO.: _16-9304_

                                   :
        v.                         :           CRIMINAL ACTION
                                   :
    Jonathan Nunez                 :           ORDER OF RELEASE


        The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

( ) Reporting, as directed, to U.S. Pretrial Services;

( ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

( ) The defendant shall appear at all future court proceedings;

( ) Other: _____

_____                    _10/26/16_____
DEFENDANT                                           DATE

        It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.


                            _____
                            Honorable Anthony R. Mautone
                            U.S. Magistrate Judge


                            _10/26/16_____
                            DATE